**CARL E. DOUGLAS, Esq. (SBN 097011)**
carl@douglashickslaw.com
**JAMON R. HICKS, Esq. (SBN 232747)**
jamon@douglashickslaw.com
*DOUGLAS / HICKS LAW, APC*
8484 Wilshire Blvd., Suite 548
Beverly Hills, California  90211
Tel: (323) 655-6505; Fax: (323) 927-1941

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLENE HUTCHINSON, an Individual and as a Successor in Interest to Demouria Maurice Hogg; THE ESTATE OF DEMOURIA MAURICE HOGG; S.J.H, a minor and as a Successor in Interest to Demouria Maurice Hogg by and through her Guardian Ad Litem, DESIREE RICHARD and DOES 1-10 inclusive,<br><br>*Plaintiffs,*<br><br>vs.<br><br>THE CITY OF OAKLAND; and DOES 1-10, Inclusive,<br><br>*Defendants.* | CASE NO.: 15-cv-05011 RS<br><br>**[~~PROPOSED~~] ORDER RE JOINT STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |

1

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

That Plaintiffs' are permitted to file the [Proposed] First Amended Complaint, without the need for a noticed motion and hearing.

**IT IS SO ORDERED**.

Dated: 7/21/16

_____
UNITED STATES DISTRICT JUDGE