United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLENE HUTCHINSON, et al.,<br>    Plaintiffs,<br>v.<br>THE CITY OF OAKLAND,<br>    Defendant. | Case Nos. 15-cv-05011-RS; 16-cv-01669-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |
| D.H.,<br>    Plaintiff,<br>v.<br>THE CITY OF OAKLAND,<br>    Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on July 21, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. The parties are hereby referred to Magistrate Judge Beeler for the purpose of engaging in a settlement conference, to take place, ideally, in the next 60 days.

2. DISCOVERY.

On or before December 18, 2016, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number

1  of requests for production of documents or for inspection per party; and (d) a reasonable number
2  of requests for admission per party.

3      3.    DISCOVERY DISPUTES.

4      Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and
5  conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.
6  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under
7  the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter
8  Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that
9  Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or
10  set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further
11  discovery matters shall be filed pursuant to that Judge's procedures.

12      4.    EXPERT WITNESSES.

13  The disclosure and discovery of expert witnesses shall proceed as follows:

14      a.  On or before January 15, 2017, parties will designate experts in accordance with
15          Federal Rule of Civil Procedure 26(a)(2).

16      b.  On or before February 13, 2017, all discovery of expert witnesses pursuant to
17          Federal Rule of Civil Procedure 26(b)(4) shall be completed.

18      5.    FURTHER CASE MANAGEMENT CONFERENCE.

19      A Further Case Management Conference shall be held on **December 22, 2016, at 10:00**
20  **a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
21  Francisco, California.  The parties shall file a Joint Case Management Statement at least one week
22  prior to the Conference.

23      6.    PRETRIAL MOTIONS.

24      All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.
25  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial
26  motions shall be heard no later than March 30, 2017.  The Court encourages the participation at
27  oral argument of lawyers who are early in their professional career (e.g., 0-10 years of

United States District Court
Northern District of California

experience).

7.  PRETRIAL CONFERENCE.

The final pretrial conference will be held on **May 25, 2017, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.  TRIAL DATE.

A jury trial shall commence on **June 12, 2017, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: July 21, 2016

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 15-cv-05011-RS

3