UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLENE HUTCHINSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-05011-RS, 16-01669-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **October 24, 2016**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 27, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 15, 2016

_____
Richard Seeborg
United States District Judge